CARLEEN F, INCORPORATED, et al.,
Plaintiffs-Appellees,

v.

UNITED STATES of America,
Defendant-Appellant.

No. 71-3377.

United States Court of Appeals,
Fifth Circuit.

Feb. 27, 1973.

Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Tax Div., Dept. of Justice, Washington, D. C., Anthony J. P. Farris, U. S. Atty., James R. Gough, Asst. U. S. Atty., Houston, Tex., Michael D. Cropper, Issie L. Jenkins, Attys., Tax Div., Dept. of Justice, Washington, D. C., for defendant-appellant.

Eli Mayfield, Palacios, Tex., Joseph Lyman, Washington, D. C., for plaintiffs-appellees.

Before JOHN R. BROWN, Chief Judge, and GODBOLD and SIMPSON, Circuit Judges.

PER CURIAM:

This case is substantially the same as, and controlled by, Bishop v. United States, 5 Cir., 1973, 476 F.2d 977.

Reversed.

MAYPORT FISHERIES COMPANY et al., Plaintiffs-Appellees,

v.

UNITED STATES of America,
Defendant-Appellant.

No. 71-3046.

United States Court of Appeals,
Fifth Circuit.

Feb. 27, 1973.

Gerald Gallinghouse, U. S. Atty., New Orleans, La., Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Fred B. Ugast, Issie L. Jenkins, Attys., Tax Div.,

U. S. Dept. of Justice, Washington, D. C., for defendant-appellant.

David E. Hogan, New Orleans, La., Joseph J. Lyman, Washington, D. C., Dorothy Cowen, New Orleans, La., for plaintiffs-appellees.

Before JOHN R. BROWN, Chief Judge, and GODBOLD and SIMPSON, Circuit Judges.

PER CURIAM:

On facts significantly less favorable to taxpayers this case is controlled by Bishop v. United States, 5 Cir., 1973, 476 F.2d 977.

Reversed.